# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-03211-ODW (AS) | Date | July 17, 2018 |
| Title | Lisa Marie Barboa v. Warden J. Espinoza | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**

On July 16, 2018, Petitioner filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a). (Docket Entry No. 20).

Petitioner's action is DISMISSED, pursuant to Fed. R. Civ. P. 41(a)(2).

Respondent's Motion to Dismiss the Petition, or in the Alternative, for a More Definitive Statement, filed on May 30, 2018 (Docket Entry No. 8) is DENIED as moot.

0 : 0

Initials of Preparer     AF